# IN THE SUPREME COURT OF THE STATE OF NEVADA

FREDERICK VONSEYDEWITZ,
          Appellant,
    vs.
THE STATE OF NEVADA; NEVADA
BOARD OF PRISON
COMMISSIONERS; BRIAN
SANDOVAL; ADAM P. LAXALT; ROSS
MILLER; CATHERINE CORTEZ
MASTO; THE STATE OF NEVADA
DEPARTMENT OF CORRECTIONS;
JAMES GREG COX; HOWARD
SKOLNIK; NEVADA PAROLE BOARD;
CONNIE S. BISBEE; THE STATE OF
NEVADA DEPARTMENT OF PUBLIC
SAFETY; AND JAMES WRIGHT,
          Respondents.

No. 82657

FILED

APR 08 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a purported district court "Order Granting Summary Judgment pursuant to Defendants' Renewed Motion to Dismiss decided in this action on March 9, 2021." Eighth Judicial District Court, Clark County; Jessica K. Peterson, Judge.

Review of the notice of appeal reveals a jurisdictional defect. No order granting summary judgment appears on the district court docket sheet. Although it appears that a motion to dismiss was orally granted on March 9, 2021, that oral order is not appealable. *See State, Div. of Child and Family Serv's v. Eighth Judicial Dist. Court*, 120 Nev. 445, 454, 92 P.3d 1239, 1245 (2004) ("[D]ispositional court orders that are not administrative in nature, but deal with the procedural posture or merits of the underlying

21-10100

controversy, must be written, signed, and filed before they become effective"). Accordingly, this court lacks jurisdiction and

ORDERS this appeal DISMISSED.[1]

_____, J.
Parraguirre

_____, J.    _____, J.
Stiglich                                            Silver

cc:    Hon. Jessica K. Peterson, District Judge
       Frederick Vonseydewitz
       Attorney General/Carson City
       Eighth District Court Clerk

---

[1]If aggrieved, appellant may file a new notice of appeal once the district court enters a written order ruling on the motion to dismiss.